## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S, LLC,<br><br>    Defendant. | Case No.: 2:23-cv-02168-CSB-EIL |

## <u>REPORT OF RULE 26(f) PLANNING MEETING</u>

Plaintiffs Dominick Polizzi, Rachel Rodidoux and Georgia Bain (collectively, "Plaintiffs") being represented by Frank Hedin and Arun Ravindran, and Defendant Jimmy John's, LLC ("Defendant") being represented by David Poell, counsel for the parties met telephonically on October 16, 2023, for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates upon which counsel have agreed:

1.  The parties will exchange initial disclosures pursuant to FED. R. CIV. P.  26(a)(1) by **November 10, 2023**.

2.  The deadline for amendment of pleadings is **January 29, 2024**.

3.  The deadline for joining additional parties is **January 29, 2024**.

4.  Plaintiff shall disclose experts and provide expert reports by **July 1, 2024**. Plaintiff shall make any such experts available for deposition by **September 2, 2024**.

5.  Defendant shall disclose experts and provide expert reports by **August 1, 2024**. Defendant shall make any such experts available for deposition by **October 1, 2024**.

6.  Discovery shall be modified as follows: Not applicable.

7.  All discovery, including deposition of experts, is to be completed by **November 1, 2024**.

8.   The deadline for filing a motion for class certification shall be **November 21, 2024.**

9.  The deadline for filing case dispositive motions shall be **December 16, 2024**.

10.  If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production.

The parties agree to abide by Sedona Conference Principles.  *See* The Sedona Principles: Best Practices, Recommendations & Principles for Addressing Electronic Document Production, 19 Sedona Conf. J. 1 (3d ed. 2018).  The parties agree to retention and preservation of all sources of electronic discovery and to mutually-agree on the designation of custodians, applicable search terms, and form of production.

The parties have agreed to an order regarding claims of privilege or protection as trial preparation material asserted after production, as follows: Parties must take reasonable steps to avoid unintentional or inadvertent disclosure of privileged, or protected as trial preparation material, documents. If a disclosure of privileged, or protected as trial preparation material, documents occurs, unintentionally or inadvertently, the receiving party is under a duty, upon discovery of the unintentional or inadvertent disclosure, to immediately notify the disclosing party of such disclosure. No privilege or protection is waived at that point and such notification by the receiving party is not an admission that the disclosure was unintentional or inadvertent or that no waiver occurred. Instead, absent voluntary return of all such documents and copies thereof to the disclosing party by the receiving party, the disclosing party then has the burden to move the court for return of the documents and all copies thereof, and a declaration that no waiver occurred. If the disclosing party does not seasonably so move, then all parties and the court are justified in assuming that the documents are not privileged or protected or that the disclosing party knowingly and intentionally waived all such privileges or protections, and the receiving party is free to make use of them. As used here, "reasonably" means within 14 calendar days, as counted under rule 6.

Dated: October 25, 2023                     Respectfully submitted,

*/s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
Carl V. Malmstrom (ARDC #6295219)
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 391-5059
Fax: (212) 686-0114
malmstrom@whafh.com

*Local Counsel for Plaintiff and the Putative Class*

*/s/ Arun G. Ravindran*
**HEDIN HALL LLP**
Frank S. Hedin*
Arun G. Ravindran*
1395 Brickell Avenue, Ste. 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Pro Hac Vice Application Forthcoming*

**Counsel for Plaintiff and the Putative Class**


*/s/ David M. Poell*
David M. Poell (ARDC #6302765)
Umar Sattar (ARDC #6331928)
K. Hope Harriman (ARDC #6342138)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
dpoell@sheppardmullin.com
Tel: (312) 499-6300
Fax: (312) 499-6301

**Counsel for Defendant Jimmy John's, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of October, 2023, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system, which effects service on all counsel of record in this matter.

<u>/s/ *Carl V. Malmstrom*            </u>