UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY JOHN'S, LLC,<br><br>Defendant. | Case No.: 2:23-cv-02168-CSB-EIL<br><br>Judge: Honorable Colin S. Bruce<br><br>Magistrate Judge: Hon. Eric I. Long |

**UNOPPOSED MOTION FOR FOURTEEN DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Dominick Polizzi, Rachel Robidoux, and Georgia Bain hereby move on an unopposed basis for a fourteen day extension of time in which to file Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint and state as follows:

(1)     Plaintiffs filed a motion to file a Second Amended Class Action Complaint on September 29, 2023.  (ECF No. 11).  The Court granted the motion and deemed the Second Amended Class Action Complaint filed on October 18, 2023.  (ECF No.

(2)     Defendant moved to dismiss the Second Amended Class Action Complaint on November 1, 2023.

(3)     Pursuant to L.R. 7.1(b)(2) Plaintiff's opposition is due on November 15, 2023.

(4)     To fully respond to Defendant's Motion, Plaintiff respectfully requests an additional fourteen days to file its opposition and proposes Plaintiff's response be due on November 29, 2023.

(5)     Counsel for Defendant and Counsel for Plaintiff have conferred and Defendant does not oppose the request.

(6)     This is the first such request made with respect to the Motion to Dismiss the Second Amended Class Action Complaint and is not made for the purpose of delay.

Dated: November 13, 2023                   Respectfully submitted,

/s/   Carl V. Malmstrom

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
ARDC No. 6295219
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel:  (312) 391-5059
Fax: (212) 686-0114
malmstrom@whafh.com

*Local Counsel for Plaintiff and the Putative Class*

**HEDIN HALL LLP**
Frank S. Hedin*
Arun G. Ravindran*
1395 Brickell Avenue, Ste 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: fhedin@hedinhall.com
          aravindran@hedinhall.com

*\*Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiff and the Putative Class*

2