**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

CASE NO. 2:23-cv-02168-CSB-EIL

DOMINICK POLIZZI et. al., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

JIMMY JOHNS LLC

    Defendants.

**NOTICE OF ATTORNEY APPEARANCE**

Arun Ravindran, Esq., of the law firm Hedin LLP, admitted to practice before this Court pursuant to L.R. 83.5, hereby enters his appearance as counsel of record for Plaintiffs in these proceedings. All parties are requested to take notice of the undersigned's appearance and to serve all copies of all filings and other documents upon the undersigned.

Dated:  February 23, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: s/ Arun G. Ravindran
　　　　　　　　　　　　　　　　　　　　　　　Arun G. Ravindran

**HEDIN LLP**
Arun G. Ravindran
aravindran@hedinllp.com
1395 Brickell Ave, Suite 900
Miami, Florida 33131
Tel: (305) 203-4573
Fax: (305) 200-8801

*Counsel for Plaintiffs and the Putative Classes*