IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JIMMY JOHN'S, LLC, <br><br> Defendant. | Case No. 2:23-cv-02168-CSB-EIL <br><br> Hon. Judge Colin S. Bruce |

## MOTION TO WITHDRAW APPEARANCE

Attorney David M. Poell respectfully moves to withdraw the appearance of Kelsie Hope Harriman in this case for Defendant Jimmy John's, LLC ("Defendant"). Ms. Harriman's last day of employment with Sheppard Mullin Richter & Hampton LLP was April 10, 2024. As such, she wishes to withdraw her appearance. Sheppard Mullin Richter & Hampton LLP will continue to represent Defendant in this matter.

Dated: June 4, 2024

Respectfully submitted,

JIMMY JOHN'S, LLC

*/s/ Kelsie Hope Harriman*
Kelsie Hope Harriman (#6302765)

*/s/ David M. Poell*
David M. Poell (#6302765)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
321 N. Clark St., 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
dpoell@sheppardmullin.com

*Counsel for Defendant Jimmy John's, LLC*