IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JIMMY JOHN'S LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | Case No. 2:23-cv-02168-CSB-EIL<br><br>Hon. Judge Colin S. Bruce<br><br>Hon. Magistrate Eric I. Long |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1 AND C.D. ILL. CIVIL LOCAL RULE 7.1.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1.1 of the Central District of Illinois (eff. Feb. 1, 2024), counsel for Jimmy John's LLC ("Defendant") makes the following disclosures:

　　1.　　Pursuant to Fed. R. Civ. P. 7.1(a)(2),[1] Defendant Jimmy John's LLC discloses that it is a Delaware limited liability company, and Defendant further identifies the following entities whose citizenship is attributed to Defendant for jurisdictional purposes under section § 1332:

- JJBC, LLC is a <u>Delaware</u> limited liability company;

---

[1] "In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party . . . must, unless the court orders otherwise, file a disclosure statement. The statement must name— and identify the citizenship of—every individual or entity whose citizenship is attributed to that party . . . when the action is filed in *or removed to federal court* . . . ." Fed. R. Civ. P. 7.1(a)(2)(A). Of course, there need only be *minimal* diversity under CAFA. *See* 28 U.S.C. § 1332(d)(2)(A) (conferring district courts original jurisdiction over class actions where, *inter alia*, "any member of a class of plaintiffs is a citizen of a State different from any defendant"). Plaintiffs Polizzi, Robidoux, and Bain are citizens of Illinois, Tennessee, and Arkansas, respectively. *See* 2d Am. Compl. (ECF No. 13), at ¶¶ 8, 9, 10.

- Jimmy John's Franchise, LLC is a <u>Delaware</u> limited liability company;

- Jimmy John's Buying Group, LLC is a <u>Delaware</u> limited liability company;

- Jimmy John's Franchise, LLC is a <u>Delaware</u> limited liability company;

- JJ SVC, Inc. is a <u>Kentucky</u> corporation;

- Jimmy John's SPV Guarantor, LLC is a <u>Delaware</u> limited liability company;

- Jimmy John's Funding, LLC is a <u>Delaware</u> limited liability company;

- Jimmy John's Franchisor SPV, LLC is a <u>Delaware</u> limited liability company; and

- Jimmy John's Buying Group SPV, LLC is a <u>Delaware</u> limited liability company.

Therefore, Defendant Jimmy John's LLC is a citizen of Delaware and Kentucky.

2. Inspire Brands, Inc. ("Inspire") is the parent company of Defendant.

3. No publicly-held corporation owns 10% or more of Defendant's stock.

Dated: July 25, 2024         Respectfully submitted,

By: /s/ *David M. Poell*
David M. Poell (ARDC #6302765)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
dpoell@sheppardmullin.com

*Counsel for Defendant Jimmy John's LLC*

-3-

## CERTIFICATE OF SERVICE

    I, David Poell, an attorney, hereby certify that on this 25th day of July, 2024, a true and correct copy of the foregoing document was filed *via* this Court's CM/ECF filing service, which effects service on all counsel of record in this matter.

                                                          /s/ *David M. Poell*
                                                          *Counsel for Defendant*