UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S, LLC,<br><br>Defendant. | Case No.: 2:23-cv-02168-CSB-EIL<br><br>Hon. Judge Colin S. Bruce<br><br>Hon. Magistrate Eric I. Long |

### JOINT REPORT OF RULE 26(f) PLANNING MEETING

Plaintiffs Dominick Polizzi ("Polizzi"), Rachel Robidoux ("Robidoux"), and Georgia Bain ("Bain" and, collectively with Polizzi and Robidoux, "the Plaintiffs"), being represented by Arun Ravindran, and Defendant Jimmy John's LLC ("Jimmy John's"), being represented by David Poell, met telephonically on August 19, 2024 for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates upon which undersigned counsel have agreed:

1. Parties will exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by **September 23, 2024**.

2. The deadline for amendment of pleadings is **December 1, 2024**.

3. The deadline for joining additional parties is **December 1, 2024**.

4. Plaintiffs shall disclose experts and provide expert reports by **July 1, 2025**. Plaintiffs shall make any such experts available for deposition by **July 15, 2025**.

5. Defendant shall disclose experts and provide expert reports by **August 1, 2025**. Defendant shall make any such experts available for deposition by **August 15, 2025**.

6. Discovery shall be modified as follows: **N/A**.

7. All discovery, including deposition of experts, is to be completed by **September 1, 2025**.

8. The deadline for filing case dispositive motions shall be **November 1, 2025**.

9. If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production: **As of this filing, counsel for the parties have not agreed upon any provisions regarding disclosure or discovery of ESI; nor have the parties entered into any agreements regarding claims of privilege in this matter.**

Dated: September 11, 2024

Respectfully submitted,

By: /s/ *David M. Poell*
David M. Poell (ARDC #6302765)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
dpoell@sheppardmullin.com

*Counsel for Defendant Jimmy John's, LLC*

By: /s/ *Arun G. Ravindran* (with consent)
Arun G. Ravindran (*Pro Hac Vice*)
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33131
Tel: (305) 203-4573
Fax: (305) 200-8801
aravindran@hedinllp.com

*Counsel for Plaintiffs and Putative Classes*

-3-

## CERTIFICATE OF SERVICE

I, David M. Poell, hereby certify that on this 11th day of September 2024, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all counsel of record in this matter.

/s/ *David M. Poell*
*Counsel for Defendant*