**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S, LLC,<br><br>     Defendant. | Case No.: 2:23-cv-02168-CSB-EIL<br><br>Hon. Judge Colin S. Bruce |

### NOTICE OF MOTION FOR WITHDRAWAL OF ARUN G. RAVINDRAN AS COUNSEL FOR PLAINTIFFS

Plaintiffs, by and through the undersigned, hereby move this Court to allow the undersigned to withdraw as counsel of record in this matter because he is leaving employment at Hedin LLP.  Counsel at Hedin LLP and Wolf Haldenstein Adler Freeman & Herz LLC will remain as counsel of record.  Counsel for Defendant consents to the relief sought herein.

Dated: January 31 2025                    Respectfully submitted,

                                          */s/ Arun G. Ravindran*
                                          **HEDIN LLP**
                                          Arun G. Ravindran
                                          1395 Brickell Avenue, Ste. 1140
                                          Miami, Florida 33131
                                          Tel: (305) 357-2107
                                          Fax: (305) 200-8801
                                          aravindran@hedinllp.com


                                          *Counsel for Plaintiff and the Putative Class*