**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S, LLC,<br><br>    Defendant. | Case No.: 2:23-cv-02168-CSB-EIL<br><br>Hon. Judge Colin S. Bruce |

## [PROPOSED ORDER] TO WITHDRAW AS COUNSEL

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Permit Arun Ravindran, Esq. to Withdraw as Counsel of Record. The Court has considered the motion and the record. It is thereupon: ORDERED AND ADJUDGED that the Plaintiffs' motion is GRANTED. The Clerk of the Court is directed to remove Arun Ravindran, Esq. as attorney of record.

**DONE AND ORDERED** on this __ day of February 2025.

    Respectfully submitted,

    */s/ Arun G. Ravindran*
    **HEDIN LLP**
    Arun G. Ravindran
    1395 Brickell Avenue, Ste. 1140
    Miami, Florida 33131
    Tel: (305) 357-2107
    Fax: (305) 200-8801
    aravindran@hedinllp.com

    *Counsel for Plaintiffs and the Putative Class*