UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINICK POLIZZI, RACHEL ROBIDOUX, and GEORGIA BAIN on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY JOHN'S, LLC,<br><br>Defendant. | Case No.: 2:23-cv-02168-CSB-EIL<br><br>Judge: Hon. Colin S. Bruce |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Dominick Polizzi ("Polizzi"), Rachel Robidoux ("Robidoux"), and Georgia Bain ("Bain") (collectively, "Plaintiffs"), and Defendant Jimmy John's LLC ("Defendant," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit the following stipulation of dismissal without prejudice. In support of the stipulation, the Parties state as follows:

1.  On June 13, 2023, this action was initiated when a complaint was filed by plaintiffs Kayla Gebhardt, Gary Grant, Laina, Jenkins, Sia Moody, Randall Seggebruch, and Robidoux in the Circuit Court of Champaign County, Illinois. [ECF No. 1-1]

2.  On August 4, 2023, Defendant removed this action to the United States District Court for the Central District of Illinois. [ECF No. 1.]

3.  On August 11, 2023, Plaintiffs (*i.e.*, Polizzi, Robidoux and Bain) filed their first amended complaint ("FAC"). [ECF No. 4.]

4. On September 15, 2023 Defendant filed a motion to dismiss the FAC [ECF No. 9]; and Plaintiffs filed their second amended complaint ("SAC") on October 18, 2023 [ECF No. 13].

5. On November 1, 2023, Defendant filed a motion to dismiss the SAC, which the Parties fully briefed. [ECF Nos. 16, 19.] On July 17, 2024, this Court denied Defendant's motion to dismiss the SAC. [ECF No. 24.]

6. On July 25, 2024, Defendant filed its Answer to the SAC. [ECF No. 26.]

7. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of this action without prejudice. The Parties shall bear their own costs.

Dated: June 5, 2025                                       Respectfully submitted,

                                                          By: /s/ Carl V. Malmstrom
                                                          Carl V. Malmstrom
                                                          **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
                                                          111 W. Jackson Blvd., Suite 1700
                                                          Chicago, Illinois 60604
                                                          Tel.: (312) 984-0000
                                                          Fax: (212) 686-0114
                                                          malmstrom@whafh.com

                                                          *Counsel for Plaintiff and the Proposed Class*

                                                          By: */s/ David M. Poell*
                                                          David M. Poell (ARDC #6302765)
                                                          **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
                                                          321 North Clark Street, 32nd Floor
                                                          Chicago, IL 60654
                                                          Tel: (312) 499-6300
                                                          Fax: (312) 499-6301
                                                          dpoell@sheppardmullin.com

                                                          *Counsel for Defendant Jimmy John's, LLC*